NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

*3rd* R E V I S E D

**UNITED STATES OF AMERICA**

    v.         Case No: 2:14-cr-00125-wks-1

**TYLER KINNEY**

**TAKE NOTICE** that the above-entitled case has been rescheduled at 1:30 p.m. on Monday, May 2, 2016, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for Sentencing.

| | |
|---|---|
| **Location:** Courtroom 110 | **JEFFREY S. EATON, Clerk** |
| **Date of Notice:** 12/18/2015 | By /s/Joanne A. Muir |
| *Previously Scheduled: 1/4/16 at 9:30 a.m.* | Deputy Clerk |

**TO:**

**William B. Darrow, AUSA**

**John L. Pacht, Esq.**

**Court Reporter**